UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,      :
                               :
     Plaintiff,                 :
                               :
v.                             :      Case No. 8:06-cr-206-T-17MSS
                               :
KENNETH FIRE,                  :
                               :
     Defendant.                 :
                               :

## FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion by the

United States for a Final Judgment of Forfeiture for the following property:

    a.     One DELL Dimension 3000 CPU # 58KPZ71;

    b.     One MacIntosh 5400/180 Power PC Model # M3046, FCCID# BCGM30468, #CY6386TB6KQA;

    c.     All compact and floppy discs and Omego zip files containing child pornography;

    d.     All video tapes containing child pornography;

    e.     One DELL Latitude Laptop D505 Model #PP10L Serial # CN-OH2049-48643-44G-3870;

    f.     One DELL Monitor Serial Number CN-OG8432-64180-56G-48RL;

    g.     One ZIP drive-iomega (250) Serial Number P9HM08842R; and

    h.     All photographs containing child pornography.

The Court, being fully advised in the premises, hereby finds as follows:

    1.     On October 24, 2007, the United States filed a Motion for Entry of a

Preliminary Order of Forfeiture, seeking forfeiture of defendant Kenneth Fire's interest in the property identified in forfeiture allegations of the Indictment, pursuant to the provisions of 18 U.S.C. § 2253(a). (Doc. 42).

2.    On April 23, 2008, the Court granted the United States' motion and entered the Preliminary Order of Forfeiture, forfeiting to the United States of America all right, title, and interest of defendant Kenneth Fire in the property listed above. (Doc. 52)

3.    In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of its intent to dispose of the properties, in The Free Press, a newspaper of general circulation in Hillsborough County, Florida on June 21, 2008, June 28, 2008, and in The Gulf Coast Business Review, a newspaper of general circulation in Pinellas County, Florida, on July 5, 2008, and on June 20, 2008, June 27, 2008, and July 4, 2008. (Docs. 60 & 61). The publication gave notice to all third parties with a legal interest in the subject property to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 30 days of the final date of publication. The publication also requested readers to "[p]lease check www.forfeiture.gov for a listing of all judicial forfeiture notices as newspaper publication of judicial forfeiture notices will be discontinued in the near future."

4.      The United States also published notice of the forfeiture on the official government website, www.forfeiture.gov, pursuant to 21 U.S.C. § 853(n), from July 4, 2008 to July 30, 2008.  (Doc. 62).

5       No persons or entities, other than the defendant Kenneth Fire, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, are known to have an interest in the subject property.  No third party has filed a Petition to Adjudicate Interest in the subject properties to date, and the time for filing such Petition has expired.

6.      The property identified above is the property of defendant Kenneth Fire.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion is GRANTED.  It is FURTHER ORDERED that all right, title and interest in the above identified properties are CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2(c)(2), for disposition according to law, and clear title to the property is now vested in the United States of America.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this _18th_ day of _AUGUST_, 2008.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

-3-